THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE R. SHELDON and Others, Respondents, v. THE BOARD OF APPEALS OF THE CITY OF NEW YORK,

Constituted under Chapter XIV-A of the Greater New York Charter, as Amended,*
and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements
on the opinion of Mullan, J., at Special Term.  [Reported in 115 Misc. Rep. 449.]
Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.